

COM.

v.

JONES, J.

1495 WDA 2016

Superior Court of Pennsylvania.

04/24/2017

CP–65–CR–0000670–2013
(Westmoreland)

Affirmed

COM.

v.

MUES, S.

2864 EDA 2014

Superior Court of Pennsylvania.

04/25/2017

CP–23–CR–0004662–2013
(Delaware)

Affirmed—Application to Withdraw as Counsel Granted

F.A.N.

v.

S.M.U.

1791 WDA 2016

Superior Court of Pennsylvania.

4/24/2017

FD15–000585–008
(Allegheny)

Affirmed

The BANK OF NEW YORK MELLON

v.

PRYOR, M.

2610 EDA 2015

Superior Court of Pennsylvania.

04/25/2017

2014 08760
(Montgomery)

Affirmed